**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-8011**

_____

RAYMOND ALEXANDER WALKER,

                    Petitioner - Appellant,

     versus

WILLIAM FILBERT, Warden, Maryland Correctional
Institution - Jessup; J. JOSEPH CURRAN, JR.,
Attorney General for Maryland,

                    Respondents - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-01-
2906)

_____

Submitted: February 21, 2002      Decided: March 6, 2002

_____

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Raymond Alexander Walker, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Raymond Alexander Walker filed a petition for a writ of mandamus in the District of Maryland seeking it to compel the Maryland Court of Appeals to consider certain pleadings Walker had filed in that state court. The district court declined Walker's petition for mandamus relief and denied his motion to reconsider.

Mandamus is a drastic remedy to be used only in extraordinary circumstances. Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976). Courts are extremely reluctant to grant mandamus relief. In re Ford Motor Co., 751 F.2d 274, 275 (8th Cir. 1984). In seeking mandamus relief, a petitioner carries the heavy burden of showing that he has no other adequate means to attain the relief and that his right to such relief is clear and indisputable. In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988). Walker failed to meet this heavy burden and thus we affirm on the reasoning of the district court's orders denying Walker's mandamus petition and motion to reconsider. See In re: Walker, No. CA-01-2906 (D. Md. Oct. 9, 2001; Oct. 29, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2